[No. 44116-1-II.   Division Two.   March 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ASLAN M. JEFFERY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00443-1, Toni A. Sheldon, J., entered September 19, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 31493-6-III.   Division Three.   March 4, 2014.]

CAMILLE L. MARTIN, *Appellant*, v. M. SHANE MCNEVIN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-02737-9, Annette S. Plese, J., entered February 14, 2013. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Sperline, J. Pro Tem.

[No. 31289-5-III.   Division Three.   March 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN JASPER HOSSZU, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-1-00396-8, John M. Antosz, J., entered November 27, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Siddoway, J., and Price, J. Pro Tem.

[No. 61853-9-I.   Division One.   March 10, 2014.]

*In the Matter of the Personal Restraint of* RAYMOND MCCOY, *Petitioner*.

Petition for relief from personal restraint. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Cox and Schindler, JJ.